# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2046. TERENCE S. LOFTON v. STATE OF GEORGIA.**

On April 27, 2016, this Court granted Terence S. Lofton's application for discretionary appeal following his convictions for possession of cocaine with intent to distribute, two counts of the sale of cocaine, and two counts of illegal use of a communication facility. Application Number A16D0335. Lofton subsequently filed a pro se "Application to Compel Compliance with Mandate" in this Court, which we docketed as an original mandamus petition. We, however, lack jurisdiction.

It appears from the document that Lofton seeks an order from this Court compelling the trial court to transmit his appeal. However, as an appellate court, we have limited original mandamus authority, and to the extent Lofton seeks mandamus relief compelling the trial court to act in his underlying case, he must first present his request to the superior court. "Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983). This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 483 (2) (738 SE2d 614) (2013). Until such time as Lofton has pursued relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction. Accordingly, Lofton's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___09/07/2017___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*